PROBATION FORM NO. 35                      Report and Order Terminating Probation/
(DSC 5/12)                                           Supervised Release
                                                                 Prior to Original Expiration Date

## United States District Court

### FOR THE

### District of South Carolina

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Cynthia Hamilton | ) | Crim. No. 4:03CR00654-2 |

On June 16, 2004, the above named was placed on Supervised Release for a period of five years. She has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that she be discharged from Supervised Release.

                                                              Respectfully submitted,

                                                              Robert S. Anderson
                                                              United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this 28th day of April, 2015.

                                                              Terry L. Wooten
                                                              The Honorable Terry L. Wooten
                                                              United States District Judge

*(Defendant received Rule 35 - oversewed sentence by 495 days/BOP memo dated 3/24/n) filed 3/30/15*